IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHEILA L. DELANEY                                           PLAINTIFF

VS.                              CIVIL NO. 07-2095

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                              DEFENDANT

### ORDER

On this 7th day of October 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 18, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1456.71 representing 9.30 hours for attorney's fees, at the rate of $154.00 per hour plus services fees of $24.51. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 0 7 2008

CHRIS R. JOHNSON, CLERK

BY
     DEPUTY CLERK

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)